# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

```
BILL L. BARRACLOUGH,            )      3:11-cv-00231-HDM-VPC
                                )
            Plaintiff,          )
                                )      ORDER
vs.                             )
                                )
MTD PRODUCTS, INC.,             )
                                )
            Defendant.          )
_____)
```

The parties have indicated that this action has settled (#29). The court will enter its order dismissing this action upon the parties providing a stipulation for dismissal.

IT IS SO ORDERED.

DATED: This 7th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE