**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BILL L. BARRACLOUGH, | ) | 3:11-cv-00231-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MTD PRODUCTS, INC., | ) | |
| Defendant. | ) | |

    The parties have indicated that this action has settled (#29). The court will enter its order dismissing this action upon the parties providing a stipulation for dismissal.

    IT IS SO ORDERED.

    DATED: This 7th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE